IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

CHARLES G. REECE,

     Plaintiff,                    No. 2:10-cv-2949 JAM DAD P

     vs.

ALVARO C. TRAQUINA,

     Defendant.                <u>ORDER</u>

        On February 4, 2013, the court issued an order granting plaintiff leave to file an amended complaint with respect to his claim that defendant Traquina was responsible for an institutional policy of failing to provide blood pressure screening to inmates when the prison was on lockdown. (Doc. No. 34.) On February 22, 2013, plaintiff timely filed his amended complaint. Defense counsel has informally contacted the court inquiring when defendant's response to the amended complaint is due.

/////
/////
/////
/////
/////

1

1       Good cause appearing, IT IS HEREBY ORDERED that defendant Traquina shall
2 file a responsive pleading or answer to plaintiff's amended complaint within thirty days of the
3 date of this order.
4 DATED: March 13, 2013.

                                                   */s/ Dale A. Drozd*
                                        DALE A. DROZD
                                        UNITED STATES MAGISTRATE JUDGE

7 DAD:9
reec2949.rp