UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES G. REESE,<br><br>            Plaintiff,<br><br>     v.<br><br>ALVARO TRAQUINA,<br><br>            Defendants. | No.  2:10-cv-2949 JAM DAD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se with a civil rights action seeking relief under 42 U.S.C. § 1983.

On October 3, 2013, plaintiff filed a motion to compel.  However, according to the court's discovery and scheduling order, the parties were required to file all discovery motions on or before August 9, 2013.  Plaintiff has not filed a motion to modify the court's scheduling order. See Johnson v. Mammoth Re-creations, 975 F.2d 604, 608 (9th Cir. 1992).  Nor has plaintiff otherwise shown good cause to modify the scheduling order as required.  See id.

Accordingly, IT IS HEREBY ORDERED that plaintiff's motion to compel (Doc. No. 39) is stricken as untimely.

Dated: February 13, 2014

DAD:9

*Dale A. Drozd*
DALE A. DROZD
UNITED STATES MAGISTRATE JUDGE