UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| CHARLES G. REECE,<br><br>    Plaintiff,<br><br>    v.<br><br>ALVARO TRAQUINA,<br><br>    Defendants. | No. 2:10-cv-2949 JAM CKD P<br><br><br><br>ORDER |

Plaintiff is a state prisoner proceeding pro se.  On November 30, 2015, plaintiff filed a motion for summary judgment.  Plaintiff is advised that on July 24, 2014, the court granted defendant Dr. Traquina's motion for summary judgment and closed this case.  The court will disregard plaintiff's motion for summary judgment and will not issue any further orders in response to future filings.

**IT IS SO ORDERED.**

Dated:  January 13, 2016

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

ec
reec2949.58

1